UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim No. 09-458 (SDW) |
| JUSTIN CABOT | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing), and defendant JUSTIN CABOT (Donald McCauley, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the parties having been engaged in plea negotiations; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _____ day of August, 2009,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from August 10, 2009 through and including October 9, 2009; and

IT IS FURTHER ORDERED that the period between August 10, 2009 through and including October 9, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. Susan D. Wigenton
United States District Judge

Donald McCauley, Esq.
Attorney for James Vance

Michael H. Robertson
Assistant U.S. Attorney